Judge Robert J. Bryan

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No.: CR10-5407 RJB |
| vs. | ) | ORDER SEALING EXPARTE AFFIDAVIT OF COUNSEL IN SUPPORT OF WITHDRAWAL AND SUBSTITUTION |
| RANDY SCOTT CHALUPA, | ) | |
| Defendant. | ) | |

All materials filed regarding defendant's motion for order allowing withdrawal and substitution of counsel having been fully considered, the Court now rules as follows;

It is hereby ORDERED that the Clerk of the Court will file the Affidavit of Attorney James B. Feldman in support of motion to withdraw under seal.

DATED this 26th day of August, 2010.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge