Judge Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No.: CR10-5407RJB |
| vs. | ) ORDER ALLOWING WITHDRAWAL AND<br>) SUBSTITUTION OF COUNSEL |
| RANDY SCOTT CHALUPA, | ) |
| Defendant. | ) |

All materials filed regarding defendant's motion for order allowing withdrawal and substitution of counsel having been fully considered, the Court now rules as follows;

It is hereby ORDERED that attorney James B. Feldman is permitted to withdraw as attorney of record for defendant and that a new C.J.A. attorney will be appointed to represent him.

DATED this 26th day of August, 2010.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge